IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WALBERTO MONTENEGRO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 305-137 |
| ) | |
| MICHAEL PUGH, Warden, ) | |
| ) | |
| Respondent. ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner commenced the above-captioned case pursuant to 28 U.S.C. § 2241. Petitioner is a federal prisoner convicted of drug-related offenses. (Petition, p. 2). He was sentenced on September 20, 2002, to a term of 87 months of imprisonment. (Id.). Petitioner argues, among other things, that because he sent the White House correspondence outlining excellent proposals to help with pressing problems ranging from healthcare to crime to national security, he should be immediately released from prison and given monetary compensation for his good work. (See generally Petition). Of course, much of the petition is incomprehensible, but it suffices to say that Petitioner presents no reason to suppose that his present incarceration is illegal or unconstitutional. The Court accordingly **REPORTS** and **RECOMMENDS** that the instant petition be **DISMISSED** as frivolous.[1]

SO REPORTED and RECOMMENDED this 16th day of February, 2006, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] As "it appears from the application that the applicant or person detained is not entitled" to the relief he seeks, the Court now makes its recommendation without directing the Government to respond to the instant petition. 28 U.S.C. § 2243.